Donet Roston — A1-[illegible]
H.D.S.P A-2-107
PO Box 3030
Susanville, CA 96127-3030




RECEIVED
JUN -7 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Randi Covin
Attorney at Law
P.O. Box 1120
Willits, CA. 95490
Telephone: (707) 459-2456
e-mail address: rcovin13@gmail.com

STATE PRISON

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

...NTIAL
LEGAL MAIL

A 2
HIGH DESERT
STATE PRISON

RECEIV
JUN = 7 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA




Randi Covin
Attorney at Law
P.O. Box 1120
Willits, CA. 95490
Telephone: (707) 459-2456
e-mail address: rcovin13@gmail.com

ATE PRISON

U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

NTIAL
LEGAL MAIL

A 2
HIGH DESERT
STATE PRISON

C/O Light 6-4-18