UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONEL POSTON, AT2512,

         Petitioner,

    v.

M. ELIOT SPEARMAN, Warden,

         Respondent.

Case No. 18-cv-03450-CRB (PR)

**ORDER OF DISMISSAL**

This habeas corpus action by a state prisoner was filed on June 11, 2018. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved <u>in forma pauperis</u> application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. <u>See</u> 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 48 days have elapsed; however, petitioner has not provided the court with the requisite items or sought an extension of time to do so. The action is DISMISSED without prejudice and the clerk is instructed to close the file.

      **IT IS SO ORDERED**.

Dated: August 1, 2018

                             CHARLES R. BREYER
                             United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DONEL POSTON,

          Plaintiff,

    v.

M. ELIOT SPEARMAN,

          Defendant.

Case No.  3:18-cv-03450-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Donel  Poston ID: AT-2512
High Desert State Prison A-2-107
P.O Box 3030
Susanville, CA 96127-3030


Dated: August 1, 2018

          Susan Y. Soong
          Clerk, United States District Court

          By:___*K. Scott*_____
          Lashanda Scott, Deputy Clerk to the
          Honorable CHARLES R. BREYER