XAVIER BECERRA
Attorney General of California
PEGGY S. RUFFRA
Supervising Deputy Attorney General
DAVID M. BASKIND
Deputy Attorney General
State Bar No. 208883
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102-7004
Telephone: (415) 510-3759
Fax: (415) 703-1234
E-mail: David.Baskind@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **DONEL POSTON,**<br><br>Petitioner,<br><br>**v.**<br><br>**JASON PICKETT, Acting Warden,**<br><br>Respondent. | 3:18-cv-03450-CRB (PR) |

# EXHIBIT 7

## Trial Exhibit 8 (Surveillance Video of Shooting)


Department of Justice
Office of the Attorney General
OFFICE OF THE ATTORNEY GENERAL
liberty and justice under law
CALIFORNIA DEPARTMENT OF JUSTICE
Poston v. Pickett, Acting Warden
3:18-cv-03450-CRB (PR)
EX. 7 (Trial Ex. 8-Surveillance Video)