# CERTIFICATION OF NO RECORDS

Subpoena in civil action *Poston v. Spearman*, Case No. 3:18-cv-03450-CRB (PR)

I, James Henry, declare as follows:

1. I am over the age of eighteen years, and I am not a party to this action. I have personal knowledge of each fact stated in this declaration.

2. I am employed by City of Oakland as a Police Officer.

3. I am the duly authorized custodian of any Internal Affairs Division records that are requested in the above-referenced subpoena.

4. A deposition subpoena has been served on me for the production of those records.

5. Following a diligent search and reasonable inquiry, I hereby certify and attest that no records exist in the Internal Affairs Division that are responsive to this subpoena.

Date: 10/11/2021 Signed: ____________________