IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONEL POSTON, | Case No. 18-cv-03450-CRB |
| Plaintiff, | |
| v. | **JUDGMENT** |
| M. ELIOT SPEARMAN, | |
| Defendant. | |

For the reasons set forth in the order denying the petition for a writ of habeas corpus, see dkt. 46, judgment is entered in favor of respondent and against petitioner.

The clerk is directed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED.**

Dated: January 14, 2022

CHARLES R. BREYER
United States District Judge